

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas, Appellant

No. 06-13-00108-CR        v.

Earl Scott Chesnut, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1021767). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We further order that the appellant, The State of Texas, pay all costs of this appeal.

RENDERED FEBRUARY 12, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk